

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:     Marlon Windon v. The State of Texas

Appellate case number:   01-18-00500-CR

Trial court case number: 1535144

Trial court:             180th District Court of Harris County

In our July 7, 2020 abatement order, we abated and remanded this cause for the trial court to determine whether appellant wishes to prosecute this appeal and to determine appellate representation for appellant. On September 25, 2020, the Harris County Public Defender's Office filed an appearance of counsel, stating that Melissa Martin of the Harris County Public Defender's Office represents appellant on appeal. On October 12, 2020, a supplemental clerk's record was filed, containing representations from the Harris County Public Defender's Office that its office was drafting an appellate brief on appellant's behalf. Accordingly, we **REINSTATE** this case on the Court's active docket.

Appellant's brief is **ORDERED** to be filed no later than 30 days from the date of this order. *See* TEX. R. APP. P. 38.6(a).

The State's brief, if any, is **ORDERED** to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

The Clerk of this Court is directed to enter Melissa Martin as the attorney of record on behalf of appellant.


Judge's signature: _____/s/ Sherry Radack_____
                  ☒ Acting individually    ☐ Acting for the Court

Date: ___October 15, 2020_____